[No. 27370-5-II. Division Two. May 31, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN RUSSELL ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-00065-7, M. Karlynn Haberly, J., entered May 18, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 46776-0-I. Division One. June 3, 2002.]

JAMES R. PLOEGMAN, ET AL., *Appellants*, v. THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-17013-1, Jeanette R. Burrage, J., entered April 13, 2000. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Coleman, J., concurred in by Becker, C.J., and Kennedy, J.

[Nos. 47138-4-I; 47139-2-I. Division One. June 3, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK B. SHERWOOD, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 97-1-02009-8, Richard J. Thorpe, J., entered July 28, 2000. *Remanded* by unpublished per curiam opinion.